# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CLARENCE EDWARD WALLESKE,

    Plaintiff,

v.

SERGEANT RONTERRIOUS WILLIAMS,

    Defendant.

Case No. 4:26-cv-00089

## NOTICE OF FILING CORRECTED CIVIL COVER SHEET

Plaintiff Clarence Edward Walleske, through counsel, hereby files a corrected civil cover sheet. In the earlier filed civil cover sheet, the undersigned correctly noted the related case number, but listed the wrong judge associated with that case in error.

Dated: February 19, 2026

    Respectfully submitted,

    */s/ James M. Slater*
    James M. Slater (FBN 111779)
    Slater Legal PLLC
    2296 Henderson Mill Rd. N.E. #116
    Atlanta, Georgia 30345
    Tel: (404) 458-7283
    james@slater.legal

    *Attorneys for Plaintiff Clarence Walleske*