# VERIFIED RETURN OF SERVICE

Job # T260551

**Client Info:**

Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL  32301

**Case Info:**

**PLAINTIFF:**
Clarence Edward Walleske
  -versus-
**DEFENDANT:**
Sergeant Ronterrious Williams

USDC FOR THE NORTHERN DISTRICT OF FLORIDA

Court Case # **4:26-cv-00089-MCR-MJF**

**Service Info:**

**Received by MARY GREEN: on February, 19th 2026** at **01:17 PM**
**Service:** I Served **Sergeant Ronterrious Williams**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET;**
by leaving with **Sergeant Ronterrious Williams, INDIVIDUALLY**

**At Business 11064 NW DEMPSEY BARRON ROAD BRISTOL, FL 32321**
On **3/5/2026** at **02:09 PM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

I **MARY GREEN** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**MARY GREEN**
Lic # **243**

**ACCURATE SERVE OF TALLAHASSEE**
400 CAPITAL CIRCLE SE STE 18291
Tallahassee, FL 32301
Phone: (850) 519-5494

Our Job # **T260551**




1 of 1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

Clarence Edward Walleske,

*Plaintiff(s)*

v.

Sergeant Ronterrious Williams,

*Defendant(s)*

Civil Action No. 4:26-CV-00089-MCR-MJF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sergeant Ronterrious Williams
11064 NW Dempsey Barron Road
Bristol, Florida 32321-9711

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Jessica J. Lyublanovits
*CLERK OF COURT*

Date: 2/19/2026

*A'Donna Bridges, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*