# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**CLARENCE EDWARD WALLESKI,**

    Plaintiff,

v.                        **CASE NO.: 4:26-cv-00089-MCR-MJF**

**SERGEANT RONTERRIOUS
WILLIAMS, in his individual capacity,**

    Defendant.

_____/

## NOTICE OF APPEARANCE

    Brian C. Keri hereby files this notice of his appearance as counsel of record

for Defendant, Sergeant Ronterrious Williams, in the above-styled matter.

                            *s/Brian C. Keri*
                            BRIAN C. KERI (FBN 0087874)
                            P.O. Box 13599
                            Tallahassee, Florida 32317-3599
                            Telephone: (850) 297-2222
                            brianckeri@earthlink.net
                            michellemsmith@earthlink.net
                            Attorney for Defendant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF service to James M. Slater, Esquire 2296 Henderson Mill Road NE, #116, Atlanta, Georgia 30345, on March 25 2026.

                            *s/Brian C. Keri*
                            Brian C. Keri