**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**CLARENCE EDWARD WALLESKI,**

     Plaintiff,

v.                                                      **CASE NO.: 4:26-cv-00089-MCR-MJF**

**SERGEANT RONTERRIOUS**
**WILLIAMS, in his individual capacity,**

     Defendant.

_____/

### AMENDED ANSWER, DEFENSES, AFFIRMATIVE DEFENSES, AND DEMAND FOR JURY TRIAL

Defendant, Sergeant Ronterrious Williams, through counsel and pursuant to Fed. R. Civ. P. 15(a)(1)(A), hereby amends his answer and responds to Plaintiff's Complaint as follows:

1.     Without knowledge.

2.     Admitted

3.     Admitted.

4.     Without knowledge.

5.     Admitted.

6.     Without knowledge.

7.     Admitted.

8.     Without knowledge.

9. Without knowledge.

10. Without knowledge.

11. Without knowledge.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Without knowledge.

26. Without knowledge.

## CAUSE OF ACTION

Defendant's responses to paragraphs 1 through 26 are realleged and reincorporated as if fully set forth herein.

27.     Denied.

28.     The Eighth Amendment and citation speak for themselves. Otherwise, without knowledge.

29.     Admitted Defendant was acting under the color of state law.  All other allegations are denied.

30.     Denied.

31.     Denied.

32.     Denied.

## DEFENSES AND AFFIRMATIVE DEFENSES

In an abundance of caution, Defendant alleges the following additional defenses, some of which may be affirmative defenses.   These allegations are raised strictly as defenses and are not to be considered as admissions of Defendant as to any factual, legal, or other matters.

1.     Plaintiff fails to state a claim upon which relief may be granted.

2.     Plaintiff failed to mitigate his damages, if any.

3.     Defendant's actions, at all times material hereto, were within the course and scope of his employment; committed in good faith; lacked malicious

3

purpose; and were not conducted in a manner exhibiting wanton and willful disregard of human rights, safety, or property.

4. Defendant is immune from liability based upon the doctrine of qualified immunity.

5. Defendant's actions were at all times material hereto justified and otherwise taken in good faith.

6. Defendant denies all allegations not expressly admitted herein, whether numbered or unnumbered, including without limitations, the unnumbered paragraphs in the beginning of the complaint and under the Prayer for Relief, any and all demands for judgment, or any relief whatsoever.

## DEMAND FOR JURY TRIAL

Defendant requests a trial by jury on all issues so triable.

_s/Brian C. Keri_
BRIAN C. KERI (FBN 0087874)
P.O. Box 13599
Tallahassee, Florida 32317-3599
Telephone: (850) 297-2222
brianckeri@earthlink.net
michellemsmith@earthlink.net
Attorney for Defendant

4

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF service to James M. Slater, Esquire 2296 Henderson Mill Road NE, #116, Atlanta, Georgia 30345, on April 3, 2026.

*s/Brian C. Keri*
Brian C. Keri
