UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLARENCE EDWARD WALLESKE,

     Plaintiff,

v.

SERGEANT RONTERRIOUS
WILLIAMS,

     Defendant.

Case No. 4:26-cv-00089-MCR-MJF

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF
<u>MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES</u>**

Plaintiff Clarence Walleske files this notice withdrawing his motion to strike certain affirmative defenses in light of Defendant's amended answer, which abandons the defenses at issue the motion, therefore mooting the relief sought.

Dated: April 3, 2026

                 Respectfully submitted,

                 */s/ James M. Slater*
                 James M. Slater (FBN 111779)
                 Slater Legal PLLC
                 2296 Henderson Mill Rd NE #116
                 Atlanta, Georgia 30345
                 james@slater.legal
                 Tel. (404) 458-7283

                 *Attorneys for Plaintiff Clarence Walleske*

## <u>Certification Pursuant to L.R. 7.1(F)</u>

Pursuant to Local Rule 7.1(F), I hereby certify that the above document contains fewer than 150 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

By: */s/ James M. Slater*
James M. Slater

2