# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

CLARENCE EDWARD
WALLESKE,

      Plaintiff,

v.

RONTERRIOUS WILLIAMS,

      Defendant.

CASE NO. 4:26-cv-89-MCR-MJF

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on _____ April 6, 2026 _____
Motion/Pleadings: MOTION TO STRIKE
Filed by _ Plaintiff _____ on _March 31, 2026_ Doc. # _9_

|  | Stipulated |  | Joint Pleading |
|---|---|---|---|
|  | Unopposed |  | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Patricia G. Romero*
Deputy Clerk:    Patricia G. Romero

On consideration, the motion is **DENIED** as moot. *See* ECF No. 11.

**DONE** and **ORDERED** this 6th day of April 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**