UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CLARENCE EDWARD WALLESKE,**

    **Plaintiff,**

**vs.**                                     **Case No.: 4:26-cv-00089-MCR-MJF**

**SERGEANT RONTERRIOUS
WILLIAMS, in his individual capacity,**

    **Defendant.**

                                       /

## <u>JOINT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER</u>

Pursuant to Rule 45, Plaintiff Clarence Walleske, Defendant Ronterrious Williams, and nonparty Florida Department of Corrections ("FDC") jointly move for the entry of the incorporated proposed Confidentiality Order regarding certain documents and materials to be produced by FDC during this case. As grounds, the parties and nonparty FDC state:

Plaintiff served FDC with a Subpoena to Produce Documents, Information, or Objects or To Permit Inspect of Premises in a Civil Action. Plaintiff's subpoena includes requests for records, which FDC regards as sensitive and confidential. As such, the parties have agreed that the entry of a confidentiality order is appropriate.

The parties and FDC anticipate that exchanged discovery requests and matters sought in Plaintiff's subpoena will include protected confidential and restricted

1

information of FDC. Such sensitive information may include operations that affect public safety, the safety of FDOC personnel, and proper care and supervision of inmates. In anticipation of those discovery requests, and in order to address the concerns of the parties and FDC, the parties and FDC jointly request that the Court enter the attached confidentiality order to govern the confidentiality of FDC records in this case.

WHEREFORE, the parties and FDC jointly request that the Court enter the attached confidentiality order.

Dated: June 23, 2026

/s/ James M. Slater
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345
Tel. (404) 458-7283
james@slater.legal

Attorneys for Plaintiff

/s/ Amber Kourofsky (w/ permission)
Amber Kourofsky (FBN 85100)
Assistant General Counsel
Office of the General Counsel
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399
Tel. 850-717-3605
amber.kourofsky@fdc.myflorida.com

Attorneys for Nonparty FDC

/s/ Brian C. Keri (w/ permission)
Brian C. Keri (FBN 0087874)
P.O. Box 13599
Tallahassee, Florida 32317-3599
Telephone: (850) 297-2222
brianckeri@earthlink.net

Attorneys for Defendant

2