**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**CLARENCE EDWARD WALLESKE,**

    Plaintiff,

v.                            **CASE NO.: 4:26-cv-00089-MCR-MJF**

**SERGEANT RONTERRIOUS**
**WILLIAMS, in his individual capacity,**

    Defendant.

_____/

**NOTICE OF MEDIATION**

Defendant, Ronterrious Williams, through counsel, hereby notifies the Court that this case has been scheduled for mediation on Friday, October 9, 2026, at 10:00 a.m. via Zoom.  The mediation will be conducted by Jason O'Steen, Esquire.

                *s/Brian C. Keri*
                BRIAN C. KERI (FBN 0087874)
                P.O. Box 13599
                Tallahassee, Florida 32317-3599
                Telephone: (850) 297-2222
                brianckeri@earthlink.net
                michellemsmith@earthlink.net
                Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF service to James M. Slater, Esquire 2296 Henderson Mill Road NE, #116, Atlanta, Georgia 30345, on June 23 2026.

                *s/Brian C. Keri*
                Brian C. Keri