# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

CLARENCE EDWARD
WALLESKE,

      **Plaintiff,**

v.

SERGEANT RONTERRIOUS
WILLIAMS,

      **Defendant.**

**CASE NO. 4:26-cv-89-MCR-MJF**

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on     July 31, 2026

Motion/Pleadings: MOTION TO AMEND SCHEDULING ORDER

Filed by  Plaintiff          on  July 31, 2026 Doc. #  20

_____ Stipulated     _____ Joint Pleading

_____ Unopposed   _X_   Consented

          JESSICA J. LYUBLANOVITS
          CLERK OF COURT
          */s/ Patricia G. Romero*
          Deputy Clerk:      Patricia G. Romero

On consideration, the motion is GRANTED.[1] The discovery deadline is extended to December 21, 2026, the dispositive motions deadline is extended to January 11, 2027, and all correlating deadlines are extended accordingly.

**DONE** and **ORDERED** this 3rd day of August 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] No further extension will be granted absent extraordinary circumstances.