**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**CLARENCE EDWARD WALLESKE,**

Plaintiff,

v. **CASE NO.: 4:26-cv-00089-MCR-MJF**

**SERGEANT RONTERRIOUS**
**WILLIAMS, in his individual capacity,**

Defendant.
_____________________________________________/

## NOTICE OF CANCELLATION OF MEDIATION

Defendant, Ronterrious Williams, through counsel, hereby notifies the Court that the mediation currently scheduled for October 9, 2026, has been cancelled. The mediation will be rescheduled for a date mutually agreeable to all parties.

*s/Brian C. Keri*
BRIAN C. KERI (FBN 0087874)
P.O. Box 13599
Tallahassee, Florida 32317-3599
Telephone: (850) 297-2222
brianckeri@earthlink.net
michellemsmith@earthlink.net
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF service to James M. Slater, Esquire 2296 Henderson Mill Road NE, #116, Atlanta, Georgia 30345, on September 16, 2026.

*s/Brian C. Keri*
Brian C. Keri