**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**CLARENCE EDWARD WALLESKE,**

Plaintiff,

v. **CASE NO.: 4:26-cv-00089-MCR-MJF**

**SERGEANT RONTERRIOUS WILLIAMS, in his individual capacity,**

Defendant.
_______________________________________/

# AMENDED NOTICE OF MEDIATION

Defendant, Ronterrious Williams, through counsel, hereby notifies the Court that this case has been scheduled for mediation on Tuesday, January 5, 2027, at 10:00 a.m. via Zoom. The mediation will be conducted by Jason O'Steen, Esquire.

*s/Brian C. Keri*
BRIAN C. KERI (FBN 0087874)
P.O. Box 13599
Tallahassee, Florida 32317-3599
Telephone: (850) 297-2222
brianckeri@earthlink.net
michellemsmith@earthlink.net
Attorney for Defendant

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF service to James M. Slater, Esquire 2296 Henderson Mill Road NE, #116, Atlanta, Georgia 30345, on October 6, 2026.

*s/Brian C. Keri*
Brian C. Keri