**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**CLARENCE EDWARD WALLESKE,**

Plaintiff,

v. **CASE NO.: 4:26-cv-00089-MCR-MJF**

**SERGEANT RONTERRIOUS WILLIAMS, in his individual capacity,**

Defendant.
_______________________________________________/

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO DEPOSE PLAINTIFF WHILE CURRENTLY INCARCERATED**

Defendant, Sergeant Ronterrious Williams, through undersigned counsel, hereby files this unopposed motion for leave of court to take Plaintiff's deposition while he is currently incarcerated, pursuant to Fed. R. Civ. P. 30(a)(2)(B), and states as follows:

1. Plaintiff Clarence Walleske brought a 42 U.S.C. § 1983 action against Defendant alleging a failure to protect claim under the Eighth Amendment.

2. Counsel for the parties were working on scheduling Plaintiff for deposition when, on September 14, 2026, Plaintiff's counsel advised Defendant's counsel that Plaintiff was incarcerated in the Alachua County Jail.

3. As of the date of this motion, Plaintiff remains incarcerated.

4. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), depositions of prisoners can only be taken with leave of court.

5. The taking of Plaintiff's deposition is essential to the defense of this action as Plaintiff's testimony is highly relevant and proportional to the needs of the case.

6. Defendant requests leave of this Court to take the deposition of Plaintiff while he is currently incarcerated in the Alachua County Jail. Discovery ends in this case on December 21, 2026, and it is uncertain at this time whether Plaintiff will remain incarcerated through that date or not.

WHEREFORE, Defendant requests this Court enter an order granting Defendant leave to take the deposition of Plaintiff while he is incarcerated.

**CERTIFICATE OF CONFERRAL**

Pursuant to N.D. Fla. Loc. R. 7.1(B) the undersigned conferred with counsel for Plaintiff via email exchange. Plaintiff's counsel does not oppose the motion and relief requested herein.

*s/Brian C. Keri*
BRIAN C. KERI (FBN 0087874)
P.O. Box 13599
Tallahassee, Florida 32317-3599
Telephone: (850) 297-2222
brianckeri@earthlink.net
michellemsmith@earthlink.net
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF service to James M. Slater, Esquire 2296 Henderson Mill Road NE, #116, Atlanta, Georgia 30345, on October 16, 2026.

*s/Brian C. Keri*
Brian C. Keri