**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**CLARENCE EDWARD WALLESKE,**
**Plaintiff,**

**v.** **CASE NO. 4:26-cv-89-MCR-MJF**

**SERGEANT RONTERRIOUS WILLIAMS,**
**Defendant.**

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on October 16, 2026
Motion/Pleadings: MOTION FOR LEAVE TO DEPOSE PLAINTIFF WHILE CURRENTLY INCARCERATED
Filed by Defendant on October 16, 2026 Doc. # 24

| | | | |
|---|---|---|---|
| ____ | Stipulated | ____ | Joint Pleading |
| X | Unopposed | ____ | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ **Patricia G. Romero***
Deputy Clerk: Patricia G. Romero

On consideration, the motion is **GRANTED**. Counsel should coordinate with the Alachua County Jail, or any entity having custody of Clarence Edward Walleske, regarding arrangements for the deposition, with due respect for corrections policy.

**DONE** and **ORDERED** this 19th day of October 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**